United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Saron Paul Pereira,** ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **Pamir, Inc.; ARC Retail, Inc.; Allauddin S.** ) <br> **Charolia; and, Arif A. Charolia,** ) <br> Defendants. ) <br> ) | **Civil Action** <br> **File No. 4:25-cv-00109** <br><br> **Jury Demanded** |

### ORDER OF DISMISSAL

According with the plaintiff's notice of dismissal, (Docket Entry No. 14), this action is dismissed.

Signed on   April 16  , 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

1